UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

**v.**            **CASE NO.: 1:06-CR-005-SPM**

**CAROLINE PARRA,**

 **Defendant.**

_____/

**ORDER OF REFERENCE FOR PLEA PROCEEDINGS BEFORE A UNITED STATES MAGISTRATE JUDGE**

 The Court has been informed that the defendant in the above-styled case, **Caroline Parra**, wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge. Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and N.D. Fla. Loc. R. 72.3, it is hereby

 **ORDERED AND ADJUDGED** that the above-captioned criminal case be referred to the Honorable Allan Kornblum, United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

 **DONE AND ORDERED** this twenty-fourth day of April, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge

/pao