UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                                    **CASE NO.: 1:06-CR-005-SPM**

**CAROLINE PARRA,**

    **Defendant.**

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Defendant's Unopposed Motion to Continue Sentencing" (doc. 64) filed August 2, 2006, in which Defendant requests a 30-day continuance in order to complete her cooperation with the Government. The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to continue sentencing (doc. 64) is *granted*.

2.    Sentencing is reset for **Tuesday, September 5, 2006** at **1:30 pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>seventh</u> day of August, 2006.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge