**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                    **CASE NO.: 1:06-CR-005-SPM**

**CAROLINE PARRA,**

    **Defendant.**
_____/

**ORDER CONTINUING SENTENCING**

**THIS CAUSE** comes before the Court upon the "Defendant's Unopposed Motion to Continue Sentencing" (doc. 68) filed August 22, 2006, in which Defendant requests a 30-day continuance in order to testify, if needed, at the trial of Jesus Gonzalez in an attempt to provide substantial assistance to the Government. The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to continue sentencing (doc. 68) is *granted*.

2.    Sentencing is reset for ***Monday, November 6, 2006*** at ***1:30 pm*** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this twenty-third day of August, 2006.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge