UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

v.                                                       CASE NO.: 1:06-CR-005-SPM

**CAROLINE PARRA,**

   **Defendant.**
_____/

ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Defendant's Unopposed Motion to Continue Sentencing" (doc. 74) filed September 29, 2006, in which Defendant requests a 30-day continuance in order to testify, if needed, at the trial of Jesus Gonzalez in an attempt to provide substantial assistance to the Government. The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.   The motion to continue sentencing (doc. 74) is *granted*.

2.   Sentencing is reset for **Monday, December 11, 2006** at *1:30 pm* at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this second day of October, 2006.

   *s/ Stephan P. Mickle*
   Stephan P. Mickle
   United States District Judge