UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                              **CASE NO.: 1:06-CR-005-SPM**

**CAROLINE PARRA,**

    **Defendant.**

_____/

**ORDER CONTINUING SENTENCING**

**THIS CAUSE** comes before the Court upon the "Defendant's Unopposed Motion to Continue Sentencing" (doc. 82) filed February 12, 2007. Defendant requests a continuance of sentencing in order to complete her cooperation with the Government, which is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to continue sentencing (doc. 82) is *granted*.

2.    Sentencing is reset for **Monday, April 2, 2007** at **1:30 pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>fourteenth</u> day of February, 2007.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge