# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                             **CASE NO.: 1:06-CR-005-SPM**

**CAROLINE PARRA,**

    **Defendant.**

_____/

## ORDER MOOTING MOTION FOR EXTENSION OF TIME
## FOR VOLUNTARY SURRENDER

**THIS CAUSE** comes before the Court upon the "Defendant's Motion to Extend Voluntary Surrender Date" (doc. 99) filed April 18, 2007. As grounds, Defendant avers that the Bureau of Prisons will be unable to complete her designation by May 2, 2007, her currently-scheduled surrender date. However, the Court has been informed that Defendant has already been designated to FCI Marianna, thus rendering the motion moot. Although the Court is willing to grant a short extension of time, Defendant has indicated her desire to proceed with the original May 2 surrender date. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to extend (doc. 99) is hereby denied as moot.

2.     Defendant shall surrender as directed at sentencing.

**DONE AND ORDERED** this <u>thirtieth</u> day of April, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge