IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 1:06cr5-SPM

CAROLINE CHRISTINA PARRA,

    Defendant.
_____/

### ORDER TERMINATING SUPERVISED RELEASE

This cause comes before the Court on Defendant's Motion for Early Termination of Supervised Release (doc. 106). Defendant has been on supervised for three years and seven months during which time she has complied with all conditions. The Government offers no objection to early termination. The Court finds that early termination is warranted by the conduct of Defendant and in the interest of justice. 18 U.S.C. § 3583(e)(1); Fed. R. Crim. P. 32.1(c)(2)(B). Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion (doc. 106) is granted. Defendant's term of supervised release is terminated.

DONE AND ORDERED this 2nd day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge